IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ELAINE G. ALTOM,

    Plaintiff,

v.

STATE FARM FIRE & CASUALTY COMPANY, a foreign corporation,

    Defendant.

Case No. CIV-17-566-F

## MUTUAL STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant stipulate that this lawsuit, together with all claims asserted herein, be and are dismissed, with prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ Elaine G. Altom
Elaine G. Altom, *pro se*
7751 East Charter Oak Road
Guthrie, Oklahoma 73044
**Plaintiff**

/s/ Gregory T. Metcalfe
Gregory T. Metcalfe, OBA # 19526
GMetcalfe@gablelaw.com
John M. ("Jake") Krattiger, OBA # 30617
JKrattiger@gablelaw.com
GABLEGOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK 73102-7101
(405) 235-5500 | (405) 235-2875 (fax)
**Attorneys for Defendant**
**State Farm Fire & Casualty Company**